

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

F# 2015R00600

225 Cadman Plaza East
Brooklyn, New York 11201

May 29, 2015

Mr. Muhanad Mahmoud al Farekh

    Re: U.S. vs. Muhanad Mahmoud al Farekh
        Criminal Docket No. CR-15-00268

Dear Mr. Farekh:

Please take notice that the above case will be called in the United States District Court located at 225 Cadman Plaza East, Brooklyn, New York on **Friday**, 5th day of June, 2015 at 11:00 AM. Please report to Simon Chrein Arraignment Courtroom 2-A South Wing 2nd floor and at this time you will be required to plead to an Indictment heretofore filed for alleged violation of the United States Code.

If you have not been previously interviewed by a Pretrial Services Officer, you should report to the United States Pretrial Services Agency, which is located on the South Wing Room 219, 2nd Floor in the Courthouse. You should arrive at least one hour before the case is to be called so that a pretrial services report can be completed.

If you fail to attend, a warrant will be sought for your arrest.

        Very truly yours,

        KELLY T. CURRIE
        ACTING UNITED STATES ATTORNEY

        By: Grand Jury Coordinator
            R. Greene

CC: Hon. Brian M. Cogan **(Mag. Go will accept the plea.)**

    Douglas M. Pravda
    Assistant U.S. Attorney

    Sean Maher, Esq.

    Pretrial Services Officer