ZA:RMT/DMP
F.#2015R00600

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA, | NOTICE |
| - against - | 15 CR 268 (BMC) |
| MUHANAD MAHMOUD AL FAREKH, | |
| Defendant | |

- - - - - - -

NOTICE OF INTENT TO USE FOREIGN
INTELLIGENCE SURVEILLANCE ACT INFORMATION

The United States, through its attorney Robert L. Capers, United States Attorney for the Eastern District of New York, hereby provides notice to defendant MUHANAD MAHMOUD AL FAREKH, and to the Court, that pursuant to Title 50, United States Code, Sections 1806(c) and 1825(d), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in the above-captioned matter, information obtained or derived from

electronic surveillance and physical searches conducted pursuant to the Foreign Intelligence Surveillance Act of 1978 (FISA), as amended, 50 U.S.C. §§ 1801-1812 and 1821-1829.

Dated:   February 5, 2016

                                        Respectfully submitted,

                                        ROBERT L. CAPERS
                                        United States Attorney

By:   /s/
                                        Zainab Ahmad
                                        Richard M. Tucker
                                        Douglas M. Pravda
                                        Assistant U.S. Attorneys
                                        (718) 254-6522/6204/6268

cc:   Clerk of Court (BMC) (ECF)
      Defense counsel (ECF)