

U.S. Department of Justice

United States Attorney
Eastern District of New York

ZA
F. #2015R00600

271 Cadman Plaza East
Brooklyn, New York 11201

February 10, 2016

By Hand and ECF

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Muhanad Mahmoud al-Farekh
             Criminal Docket No. 15-268 (BMC)

Dear Judge Cogan:

      The government respectfully submits this letter jointly on behalf of the parties to request that the status conference currently scheduled for February 18, 2016, in the above-referenced matter, be rescheduled for March 1, 2016, at 4:30 p.m., a date and time that the Court's deputy has indicated is convenient for the Court.

      The parties have engaged and continue to engage in discussions that might lead to a disposition short of trial. As a result of those discussions, and because of the complexity of the case and in the interests of justice, the parties also respectfully request that the time between February 18, 2016 and March 1, 2016, be excluded from the operation of the speedy trial clock.

      Respectfully submitted,

      ROBERT L. CAPERS
      United States Attorney

By:      /s/
      Zainab Ahmad
      Richard M. Tucker
      Douglas M. Pravda
      Assistant U.S. Attorneys
      (718) 254-7000

CC:    Sean Maher, Esq. (by ECF)