

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

RMT
F.#2015R00600

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 26, 2016

By Federal Express

Sean M. Maher, Esq.
Law Office of Sean M. Maher, PLLC
The Woolworth Building
233 Broadway, Suite 801
New York, NY 10279

        Re:    United States v. Muhanad Mahmoud al-Farekh
                Criminal Docket No. 15-268 (BMC)

Dear Mr. Maher:

      Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure, which is being produced pursuant to the Stipulation and Order entered by the Court on July 24, 2015.  This production supplements the government's July 29, 2015, August 25, 2015, October 9, 2015 and November 19, 2015 productions.  The government also renews its request for reciprocal discovery from the defendant.

      Specifically, enclosed herewith is a compact disc containing the following:

- an FBI report summarizing certain of the defendant's statements made on or about April 1, 2015, bearing Bates numbers MAF0000239 to MAF0000242;

- certain reports and photographs pertaining to forensic analysis conducted regarding the January 2009 VBIED (vehicle-borne improvised explosive device) attack in Afghanistan, bearing Bates numbers MAF0000243 to MAF0000291;

- certain letters and documents seized in Afghanistan in or about July 2015, bearing Bates numbers MAF0000292 to MAF0000505;[1] and

---

[1] Certain of these documents are written in Arabic.  Draft translations will be provided as they become available.

- certain pertinent email communications and attachments, bearing Bates numbers MAF0000506 to MAF0000787.

          Very truly yours,

          ROBERT L. CAPERS
          United States Attorney

By:   /s/
          Zainab Ahmad
          Richard M. Tucker
          Douglas M. Pravda
          Assistant U.S. Attorneys
          (718) 254-6522/6204/6268

Enclosure

cc:    Clerk of the Court (BMC) (by ECF) (without enclosures)