# RUHNKE & BARRETT
ATTORNEYS AT LAW

| | |
|---|---|
| 47 PARK STREET | 29 BROADWAY, SUITE 1412 |
| MONTCLAIR, N.J. 07042 | NEW YORK, N.Y. 10006 |
| 973-744-1000 | 212-608-7949 |
| 973-746-1490 (FAX) | |

DAVID A. RUHNKE (davidruhnke@ruhnkeandbarrett.com)   ◊   JEAN D. BARRETT (jeanbarrett@ruhnkeandbarrett.com)

REPLY TO MONTCLAIR OFFICE

September 6, 2016

Via ECF
Hon. Brian Cogan, U.S.D.J.
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

　　　　　　　　Re:　*United States v. Muhanad Al Farekh,*
　　　　　　　　　　15-cr-00268 (BMC)

Dear Judge Cogan:

　　We are writing, respectfully, with the consent of the United States, to request that the status conference presently scheduled in this matter for September 12 at 10:00AM be adjourned for one week to September 19 at the same time. The reason for the request is that the current date will conflict with a major Islamic religious observance.

　　If September 19 is not a convenient date for the court, the parties will confer with one another and your clerk in an effort to arrive at a new date.

　　Your Honor's attention to this request is appreciated.

　　　　　　　　　　　　　　Respectfully yours,

　　　　　　　　　　　　　　Sean M. Maher
　　　　　　　　　　　　　　David A. Ruhnke
　　　　　　　　　　　　　　Co-counsel to Mr. Al Farekh

　　　　　　　　By:　*/s/ David A. Ruhnke*

Copies to all parties via ECF
C:\Case Files\Al Farekh\2016.09.06 LTR to court re next status.wpd

Ruhnke & Barrett
Attorneys at Law

name
, 2016
Page 2