

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

RMT/DMP/AC
F.#2015R00600

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 21, 2017

By ECF and Electronic Mail

Sean M. Maher, Esq.
Law Office of Sean M. Maher, PLLC
The Woolworth Building
233 Broadway, Suite 801
New York, NY 10279

David A. Ruhnke, Esq.
Ruhnke & Barrett, Attorney at Law
47 Park Street
Montclair, NJ 07042

Re: United States v. Muhanad Mahmoud al-Farekh
Criminal Docket No. 15-268 (S-2)(BMC)

Dear Counsel:

The government writes, pursuant to Rule 16(a)(1)(G), to supplement its expert notices dated March 28, 2016 and June 26, 2017. The government further writes to disclose additional materials pursuant to Rule 16. These materials are produced pursuant to the Stipulation and Order entered by the Court on July 24, 2015. In addition, the government renews its request for reciprocal discovery, including any and all expert disclosures.

The government expects to call Lorenzo Vidino as an expert regarding al-Qaeda. Dr. Vidino is expected to testify regarding the history, leadership, infrastructure and geographic locations of al-Qaeda and its external operations division during the relevant time period outlined in the indictment; al-Qaeda terrorist training camps; specific acts of terrorism perpetrated by al-Qaeda; the background and significance of certain al-Qaeda affiliated groups such as Haqqani; al-Qaeda's media productions and media efforts; and the process of radicalization, including with respect to Anwar al-Awlaqi and his jihadi videotapes and sermons. Attached, for your reference, is Dr. Vidino's curriculum vitae, marked as 3500-LV-1. Further, marked as 3500-LV-2, is Dr. Vidino's recent testimony in another matter, and marked as 3500-LV-3, a report he prepared in another matter.

In addition, the government expects to call Federal Bureau of Investigation Special Agent Bomb Technician Peter Licata to testify as to the nature and destructive power of the explosives recovered from the January 2009 VBIED attack in Afghanistan. A copy of SABT Licata's curriculum vitae, marked as 3500-PL-1, is attached. Materials related to his testimony were produced to the defense on November 19, 2015 (bearing Bates numbers

MAF 164 to MAF 238), February 26, 2016 (bearing Bates numbers MAF 274 to MAF 291) and March 28, 2016 (bearing Bates numbers MAF 788 to MAF 834).

   The government reserves the right to call additional and/or substitute expert witnesses. The government will comply with Federal Rule of Criminal Procedure 16(a)(1)(G) and Federal Rules of Evidence 702, 703 and 705 and notify you in a timely fashion of any additional or substitute experts that the government intends to call at trial and provide you with a summary of the experts' opinions.

   Finally, pursuant to Rule 16, the government encloses four photographs, marked as government exhibits 649, 650, 651 and 652, which are depictions of Forward Operating Base Chapman.

           Very truly yours,

           BRIDGET M. ROHDE
           Acting United States Attorney

By:  /s/
    Richard M. Tucker
    Douglas M. Pravda
    Saritha Komatireddy
    Assistant U.S. Attorneys
    (718) 254-6204/6268/6054

    Alicia Cook
    Trial Attorney
    Counterterrorism Section

Enclosures

cc: Clerk of the Court (BMC) (by ECF) (without enclosures)